**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vernice Stewart <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 18-10965 mdc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Midland Mortgage as servicer for MidFirst Bank and index same on the master mailing list.

                                            Respectfully submitted,

                                            **/s/ Rebecca A. Solarz, Esquire**
                                            Rebecca A. Solarz,, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322 FAX (215) 627-7734