United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Vernice Stewart
     Debtor

Case No. 18-10965-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: May 09, 2018
                      Form ID: pdf900    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
```
db             +Vernice Stewart,    820 Elsinore Place,    Chester, PA 19013-6222
14055235       +Axcssfn/cngo,    7755 Montgomery Rd Ste 4,    Cincinnati, OH 45236-4291
14084930        Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
14096632       +JD Receivables LLC,    PO Box 382656,    Germantown, TN 38183-2656
14096483       +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
14070260       +MidFirst Bank,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,    710 Market Street, Suite 5000,
                 Philadelphia, PA 19106-2312
14055236       +Midland Mtg/midfirst,    Pob 268959,    Oklahoma City, OK 73126-8959
14055237       +Peoples Commerce, Inc.,    1001 West Ridge Pike Rear,    Conshohocken, PA 19428-1015
14058898       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 10 2018 02:49:11      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2018 02:48:26      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2018 02:48:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
```
              DEMETRIUS J. PARRISH    on behalf of Debtor Vernice  Stewart djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

Vernice Stewart

       Debtor(s)

Chapter 13

Bankruptcy No. 18-10965-mdc

**ORDER**

AND NOW, this 8th day of May, 2018, it is

1.*( X ) ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( ) ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( ) ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( ) ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( ) ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

_____
United States Bankruptcy Judge

Dated:

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm